NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SELPA CONSTRUCTION & RENTAL EQUIPMENT CORPORATION,**
*Appellant,*

**v.**

**PATRICK R. DONAHOE, POSTMASTER GENERAL,**
*Appellee.*

---

2011-1316

---

Appeal from the Postal Service Board of Contract Appeals in Nos. 5039, 5142, 5145, and 5348, Administrative Judge Norman D. Menegat.

---

**JUDGMENT**

---

STUART A. WEINSTEIN-BACAL, Weinstein Bacal & Miller, P.S.C., of Old San Juan, Puerto Rico, argued for appellant.

WILLIAM J. GRIMALDI, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and Harold D. Lester, Jr., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN, *Circuit Judge* and FOGEL, *District Judge[1]*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2012        /s/ Jan Horbaly
Date              Jan Horbaly
                     Clerk

---

[1] Honorable Jeremy D. Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.